Steven Glenn 18B0747
Auburn Corr. Fac.
P.o. Box 618
Auburn, N.y. 13024

2-9-2020

20 CV 6103 CJS

Federal Courts Of Appeals

Re: On The Behalf Of Myself The defendant Rights And Laws Being Broken. The defendant Myself Was Also. Infact discriminated Against By Law Officers, Judges, Lawyers, district Attorneys, As Well As Lower Appellate Courts And Other Resources. That Myself The defendant Has Reached Out To for Help. On These Violations And Is Still Being denied Relief After Being Wrongfully. Arrested And Charged With The Responsability Of A Crime That Myself The defendant himself. did Not Committ Also There Are Three Tickets In Which The Lawofficer Stated Gave Them Probable Cause To Pull The Vehicle Over I. Was driving But The Three Video Tapes from The Officers Vehicle And Body Cam Clearly Shows Myself Never Making Any Of Those Traffic. Infractions Or Violations Officers Stated I Made Which Violated My fourth, Sixth And fourthteenth Admendments Of Constitutional Rights Of Law. Also You Will find Thrughout All Of This Information That Even After I've Properly filled Out Poor Persons Motions, direct Appeals.

440. Motions And Many Others To My Original Court I Was Sentenced In Which Is The Chautauqua County Courts Where I Keep Getting denied Of Everything As Well As Counsel Which I have Explained To The Lower Appeal Courts And In Stead Of Them Helping Myself The defendant Get Justice As Well As Protecting My Constitutional Rights And Laws There Keep Telling Me I Have To Appeal To The Judge Hon. Judge david Foley The Same Judge I've Explained To ~~Them~~ Them Is Being Very Bias And Judgemental Towards Myself The defendant Also The Lower Appeal Courts Are Giving Myself The defendant Addresses To Lawyers That Either denys The defendant help Or dont Answer Back To The defendant At All. Which Is Also discriminating Against Myself The defendant Also Here's A Search Warrant Application from Officer Brian J. Testa Stating That Based On Personal Knowledge And Upon Information And Belief, The Sources Of Such Information And The Grounds Of Such Belief Are As follows! from The Supporting Deposition Of Mr. ~~Ron~~ Thompson, Mrs. Echevarria As Well As Mrs. Blakemore Which Was Looked At As A Suspect Also All 3 Parties Were Under The Influence Of drugs And Or Alcohol As Well As The

Complainant Never Giving A Full description Of 2 Black Males. Clearly Shows That The Search Warrant As Well As Illegal Evidence. Was Obtained Illegally Which Made The Whole Stop, Search, And Seizer Tainted And Should Have Been Suppressed Also The Only. Thing The 3 Video Tapes Are Showing Is Law Officers forcing Us Out Of The Vehicle At Gun Point And Then forcing Us To Sunny's Bar In fredonia N.Y. And forcing Us To Put Our Hands On Our Heads for The Unwanted Line Up Well This Court Is The Highest Appeal. Courts State Wide So With Out Saying Im Really Not Trying To Go Thru The Whole Law Suite Thing In Less I Have To. So All Myself The. defendant Is ~~Askig~~ Asking for Is That Justice Is done All Im Requesting Is A Writ Of Release Or Time Served With A lessor Included. Offense And A Non-Violent felony I have Gave The New York State Department Of Corrections Almost 4 years Of My Life for A Crime I did Not Commit. from All Of This Paper Work You Will See That I Was Not A Negative Person In My Community I Worked 2 Jobs And School And Raised My family. And Took Care Of My Sick Mother All I Am Humbly Asking Is That You Go Thru All My Paper Work And Give Me A fair And Constitutional Judgement Thanks for your Time.

The above allegations of fact:
Are based on personal knowledge and upon information and belief, the sources of such information and the grounds of such belief are as follows:

Supporting Deposition of Morghon K. Thompson, Elizabeth E. Echevarria and Crystal M. Blakemore.

Wherefore, the applicant requests that this Court issue a search warrant directing a search for and a seizure of the above described property in or upon the above designated place, vehicle or person.

The applicant makes further request that such search warrant be made executable at any time of the day or night on the grounds that there is reasonable cause to believe:

*1) such search warrant cannot be executed between the hours of 6:00 AM and 9:00 PM, or
*2) that the property sought will be removed or destroyed if not seized forthwith,

the basis for such belief is based on the following facts: facts supporting need - (IF necessary)

The applicant makes further request that such search warrant authorize the executing law enforcement officer(s) to enter premises to be searched without giving notice of his authority and purpose on the grounds that there is reasonable cause to believe that

*1) the property sought may be easily and quickly destroyed or disposed of,
*2) the giving of such notice may endanger the life or safety of the executing police officer or another person,

the basis for such ~~belief is based on the~~ following facts: facts supporting need - (IF necessary)

Officer Brian J. Testa

Subscribed and Sworn to before me this 30th day

of May 2017 , ______.

XXXXX/Justice David A. Prince

*****Strike out items not applicable or sought.*******

Justice Court Village of Fredonia County of Chautauqua SEAL

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

20 CV 6103 CJS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Steven Glenn

(b) County of Residence of First Listed Plaintiff: Lee County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

Brian J. Testa, Morghon K. Thompson, Elizabeth E. Echevarria, and Crystal M. Blakemore

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS – PERSONAL INJURY | TORTS – PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☒ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:

Brief description of cause:
Plantiff requesting a Writ of Release or Time served with a lessor included

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE DOCKET NUMBER

DATE SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AUBURN CORRECTIONAL FACILITY
P.O. BOX 618
AUBURN, NEW YORK 13024
NAME: Steven glenn DIN: 18-b-0747

SYRACUSE
NY 130
11 FEB '20
PM 1 L
AUBURN CORRECTIONAL FACILITY

U.S. POSTAGE PITNEY BOWES
ZIP 13021 $ 000.50⁰
02 1W
0001387039 FEB 11 2020

AUBURN CORRECTIONAL FACILITY
SHU

Kenneth B. Keating
Federal Building
Federal Court of Appeals
100 State St. Room 2120
Rochester, N.Y. 14614

FEB 13 REC'D

Legal Mail

14614-131745

Legal Mail

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: [signature] DIN: 18B0747

Kenneth B. Keating
Federal Building
Federal ~~Cor~~ Court of Appeals
100 State Street Room 2120
Rochester, N.Y. 14614

Legal Mail

Printed on Recycled Paper

Legal Mail