# UNITED STATES DISTRICT COURT
for the

Western District of NY

STEVEN GLENN,  )
*Plaintiff*  )
v.  )   Civil Action No.   20-CV-6103-CJS
BRIAN J. TESTA, MORGAN K. THOMPSON,  )
ELIZABETH E. ECHEVARRIA, and CRYSTAL M.  )
BLAKEMORE,  )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   The Third Amended Complaint is dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B), 1915A.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Charles J. Siragusa   on a motion for dismissing the Third Amended Complaint is dismissed without prejudice.

Date:   05/10/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*